[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Helene Re-Re T. Williams
Illinois Compiled Status of Regular
Equality Rights / LGBTQ
member number #9959917

Plaintiff

v.

Illinois National Guards,
Chicago M.E.P.'s
8700 W. Bryn Mawr Ave #200

Defendant

RECEIVED
2018 JUN 19 PM 6:39
CLERK
U.S. DISTRICT COURT

RECEIVED
JUN 19 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

1:18-cv-04279
Judge Marvin E. Aspen
Magistrate Young B. Kim

# COMPLAINT

I Helene Re-Re T. Williams filed a discrimination complaint as the (Plantiff) against the Illinois National Guards, and Chicago M.E.P.'s the (Defendants), because of my Age, Sex, race, and Sexual orientation.

1.) This action arises under, and jurisdiction is founded as I the (Plantiff) and the National Guards/Chicag M.E.P.'s the (Defendants) are both located in the State of Illinois. The amount in controversy in which I the (Plantiff) seek exceeds $75,000, in which the descrimination against me was because of my Age, race, Sex, and Sexual orientation.

2.) On August 9th, 2017, I was sent through the Military Entrance Process, I passed my drug test, eye test, my hearing test, and my physical exam. I was asked to go get medication for (fungle nail) a toe nail condition, then told to bring back the paperwork from the visit to finish my military process. On August 16th, 2017 I was denied the right to join/finish enlisting by the National Guards, my ASVAB score with National Guard was a 24% which was to low. When I retested with the Army reserve my score was a 66% on March2Sucess March 2 Sucss the march2sucess.com

3.) I believe that the Northern District of Illinois is a proper place for this case to be heard because both I, Helene Re-Re T. Williams the (Plantiff), and the (Defendant) are located in the stat of Illinois. I also feel I was descriminated on because of my Age 30+, Race African American, Sex female, and LGBTQ, who relized the National Guards hid my military profile, put me on medication, and then didn't allow me to finish enlisting after.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Helene Re-Re T. Williams